# *EXHIBIT A:*
# *MOODY: Dog and Select Items Seized*
# *July 11, 2018*



DF_OA_SW_0001630



DF_OA_SW_0000470



DF_OA_SW_0001629



DF_OA_SW_0002568



DF_OA_SW_0002569



DF_OA_K2_0001134



DF_OA_K2_0001137





DF_OA_SW_0001652



DF_OA_SW_000636

DF_OA_SW_0001635



DF_OA_SW_0001710



DF  OA  SW  0001674



DF_OA_SW_0002557



DF_OA_SW_0001643

*MOODY: Select photos taken from his electronics, seized July 11, 2018*



Metadata shows saved to laptop 2009

DF_CM_SW_0001951



Metadata shows saved to laptop 2017 



Metadata shows saved to laptop 2015   DF_CM_SW_0001966



DF  CM  SW  0002027

Metadata shows saved to laptop 2016



Metadata shows saved to laptop 01.2018                                    DF_CM_SW_0001990



Metadata shows saved to laptop 07.2014        DF_CM_SW_0002024



Metadata shows saved to laptop 11.2017

Metadata shows Facebook Screenshots of fighting dog pedigrees saved to laptop early 2018







*Champion Asesina aka Katie*



DF_CM_SW_0002257

Pedigree of Rodrigo fighting dog selected by defendant to breed to Katie.



DF_CM_SW_0001877

Proof of breeding photo (forced restraint breeding of Katie and Rodrigo fighting dogs); downloaded and saved by defendant on May 6, 2018.



Photos of Katie from 2017 when coconspirator CH trained her for defendant.



DF_CH_SW_0001737

DF_CH_SW_0001738

Photos of Katie sent to defendant on May 7, 2018 from breeder in North Carolina.



