# EXHIBIT A

Dear Honorable John A. Gibney Jr.

I am writing this letter on behalf of my brother Chester A. Moody Jr., to ask you for as much leniency in his sentencing as you can give.  I share a close and unbreakable bond with Chester.  I am his Sister.

Let me start by saying my brother is a good man.  I know him better than any and have watched him mature over the years into a caring and decent human being. He's been an excellent friend to many, the sole provider to his two daughters and he is the rock that grounds my entire family. He has many friends that come to him for advice and guidance and I watch him counsel them and guide them with a seasoned hand.  I am especially proud of the man he's become and don't want to see that interrupted in any way.

As an entrepreneur and business man, I've watched him grow his business from the ground up and struggle to make a decent living so that his daughters could live in a stable environment and want for nothing.  He also has a small staff that depends on the employment he provides and is a productive citizen of the community.

My brother decided to turn his life around and over to God several years back and since then has impacted numerous individuals with the love and word of God, including me.  I believe he is on a path to doing great works in the future for Church and ministry.

I feel my brothers' biggest accomplishment in life is rearing his two daughters by himself.  I've watched and assisted when needed but he took on this challenge and I have been amazed over these 18+ years at his maturity as a loving and responsible father. Not every man will chose to go down that path. He has two daughters attending college this fall and they are everything they are because of him. The girls are thriving and happy in life because he chose them. I could not be any more proud of him.

I implore the court to look at my brother and all the good he has accomplished and continues to do not only within our family but also the impact he has had on others. Please make a decision that is in line with the man he is now. Please do not disrupt the family  that he has worked hard to solidify and most of all; I implore you to think of his children and all those that depend on him for guidance and strength in this life.

With Sincerity,

Cheree Moody
3015094331

Terence Newton

11389 Laurelwalk Dr

Laurel, MD 20708


July 16, 2021

Re: Chester Moody Court Case

To respected authorities and the honorable Judge presiding:

I am writing this letter to you on behalf of Chester Moody who I along with many of his friends and family affectionally refer to as CJ. Mr. Moody and I have been friends for over 20 years. In those years Mr. Moody like many of us has experienced some bumps along the way. Like many of us he has made some mistakes along the way. This is part of the journey of life; lessons that are designed to make us better, stronger, and wiser. I've seen those experiences do just that for Mr. Moody, so it is my honor to write this letter to shed light on the person, on the man that I know him to be.

 Mr. Moody is a hard worker who in a challenging environment, and facing difficult circumstances built his company from the ground up. Knowing the circumstances of his community and the pitfalls that many he knew had succumb to, Mr. Moody began to forge a different path for himself by starting a trucking company with one truck 20 years ago. Through hard work and dedication over the years his company now boasts several trucks and has become a steady source of employment for his community. Community matters to Mr. Moody. Many of the lessons he's learned, his work ethic, and his compassion for others were developed in his community. As a spiritual person he has always believe in helping others and giving back whenever possible. Serving in this way is something he has been able to do as a Deacon in his church Redeeming Love Christian Tabernacle now for over 20 years. Serving the members of his church whether it be taking communion to those who are sick or disabled and unable to make it to church, or mentoring young black men in need of support from someone who understands them, Mr. Moody has a servants heart and has extended a hand up to so many over the years.

Mr. Moody is also a dedicated father to two beautiful girls. Nothing means more to him than his family and ensuring that they are afforded the start in life that he was not. He teaches them the importance of education, respect, compassion, and faith. Their lives are better, and their lights shine brighter because of the deposits their father has made and continues to make in their lives. On a personal note, Mr. Moody is just as dedicated to his friends and loved ones. Mr. Moody and my family have been connected for a long time. He has routinely checked on my parents over the years. He visited with my father when he was sick before he ultimately passed, and still checks on and visits with my mother. This is the man I know Mr. Moody to be, and I ask that you take this into consideration during these proceedings.

Sincerely,

*Terence Newton*

Terence Newton

Dante McEast

6704 Flagstaff St.

Landover, Md 20785


July 14, 2021


To: The Honorable John A. Gibney Jr,

I am writing this letter on behalf of Chester A. Moody Jr. with the hope  of providing some details about his character and importance to his family, friends and the community he serves.

I've had the privilege of knowing Chester for more than 40 years and within that time he's been an amazing friend, father, business owner and Christian. He single handedly has raised two daughters who have both been accepted into college, one will be starting her 3rd year while the other will be starting her first year in the fall. Chester has provided training and job opportunities for many members of the community who weren't able to afford CDL training or find employment elsewhere which is a testament to his character and giving nature. He also is a faithful member and leader at Redeeming Love Christian Fellowship Tabernacle in which he invited me and my family to become members and I now have been serving as a Deacon for the past 5 years.

Prior to his recent restrictions he would continually commute to care for his mother and father who are both ailing and do not reside locally. He is someone that has been a model to both the young and old in the community of selfless service.

I am pleading with you today for leniency when it comes to your judgement and for restorative justice instead of incarceration. The past transgressions of the accused should not be the only factor you look at in this case, but the man he's become and his positive contributions to the community and society should also weigh heavy in your judgement.

I can say without a doubt that Chester is incredibly remorseful for his past and he's expressed many times that all his efforts are focused on a positive future. I pray that you are willing to give him that second chance.


Sincerely,

Deacon Dante McEast

Redeeming Love Christian Fellowship Tabernacle



# Redeeming Love Christian Fellowship Tabernacle

**Redeeming Individuals, Families, and Communities**

*"But God commendeth His love towards us in that while we were yet sinners Christ died for us."* -- Romans 5:8

---

**Church Leadership**

Jesus Christ
*Head of the Church*

Reverend Robert A. Clemetson
*Pastor*

Captain Jim Williams
*Chair of Deacons Emeritus*

*Donte Mceast, Deacon*

*Phyllis Lane, Deaconess*

C.J. Moody
*Chair of Trustees*

**Organizational Affiliations**

First Baptist Church of Glenarden
*Covering Ministry,*
*John K. Jenkins*
*Pastor*

July 14, 2021

To:  The Honorable John A. Gibney, Jr

Dear Judge Gibney:

It is with heart felt compassion that I am writing this letter on behalf of Mr. Chester A. Moody to plea for your leniency.   Approximately eight years ago the Lord blessed me with the opportunity to lead Chester into a saving relationship with Jesus Christ.

I cannot begin to note all of the positive growth I have witnessed in his character As a Christian and a father raring two girls by himself.   I have seen through his efforts his girls repeatedly be recognized as leading scholars in school.  Both girls have been accepted into leading universities and the eldest is now entering her junior year.

In the life of the church he has distinguished himself by faithfully attending worship, bible study and group counseling and support opportunities.  Through his university education in business and faithful service to the church, he has grown to become the Chairman of our Trustee Board and Men's Ministry.  As a result of his efforts he has helped our church and individual members through numerous challenges.

I am therefore asking you to moderate your judging of his past via the lenses of who he has become.   Please give him the opportunity to remain at home with his children and continue his service to our church and the broader community.

Because of Calvary,

The Reverend Robert A. Clemetson, Pastor

**EMPLOY PRINCE GEORGE'S**
1801 McCormick Drive, Suite 400,
Largo, Maryland 20774
www.employpg.org
(301) 618-8400
*Walter L. Simmons, President*

April 29, 2021

**TO WHOM IT MAY CONCERN:**

I am writing this letter of reference for Chester A. Moody a Mentor, Employer, and Volunteer, for the Pathways to Success program, sponsored by Employ Prince George's, located at 1801 McCormick Drive, Suite 120, Largo, Maryland.

Chester Moody has been a Role Model and Mentor for citizens who return to Prince George's County after decades of incarceration.  Mr. Moody provides encouragement, hope, and "straight talk" to returning citizens, he insists that it takes hard work and determination, to make a successful transition back into the community.  Mr. Moody, organizes, leads, and invites, men to a weekly men's support group every Monday night.

Furthermore, Chester Moody volunteers with me, in one of Pathways to Success outreach activities at Prince George's House Men's shelter, preparing breakfast, giving job leads, and support services, on Sunday morning for 30-40 men, and Shepherd Cove Women's and Children's shelter, serving 60-75 women and children once a month.

In addition, Chester Moody has hired returning citizens as CDL drivers, and provided resources, for ID's and birth certificates. Finally, Chester Moody is a dedicated, committed, reliable volunteer, and mentor for the Pathways to Success program. If you need any additional information, contact me at (301) 618-8426. Thank you for your time and consideration.

Sincerely,

*Pete Goodson*

**Pete Goodson, OWDS, GCDF
Re-entry Coordinator, Employ Prince George's
American Job Center
1801 McCormick Drive, Suite 120
Largo, Maryland, 20774
(301) 618-8426
pgoodson@co.pg.md.us**